# Court of Appeals
# of the State of Georgia

ATLANTA,_ September 24, 2012_

*The Court of Appeals hereby passes the following order:*

**A13A0018.  MICHAEL J. HILL v. THE STATE.**

Michael J. Hill was found guilty of possession of marijuana (less than one ounce), driving with a suspended license, and driving a motor vehicle with improper registration.  After the trial court granted Hill's motion for out of time appeal on May 2, 2012, Hill filed a notice of appeal on August 13, 2012, 103 days later, rendering his appeal untimely.

A defendant granted an out-of-time appeal by the trial court will have 30 days from the grant of the motion to file a notice of appeal.  See *Carr v. State*, 281 Ga. 43, 44 (635 SE2d 767) (2006); *Rowland v. State*, 264 Ga. 872, 876 (2) (452 SE2d 756) (1995).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Because Hill filed his notice of appeal 103 days after entry of the order granting his out-of-time appeal, his appeal is DISMISSED as untimely.

The failure of Hill's counsel to file an out-of-time appeal within 30 days after entry of the order granting leave to file such an appeal may serve as an independent basis for a second motion for out-of-time appeal. See *Rowland v. State*, supra.  Hill is therefore informed of the following in accordance with *Rowland v. State*, supra:

This appeal has been dismissed because of your counsel's failure to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your

conviction. If the trial court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Hill as well as Hill's attorney, and the latter is also directed to send a copy to Hill.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/24/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*